IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Plaintiff,                           No. CIV S-06-0476 FCD DAD P

    vs.

S.V.S.P. EMPLOYEES, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $250.00 filing fee or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to submit the filing fee or a properly completed application to proceed in forma pauperis.

        On April 17, 2006, plaintiff submitted a letter in which he states that he wants to "combine" the above-captioned case with case No. CIV S-06-0506 DFL CMK P. Plaintiff also demands that the Clerk of the Court pay him $750.00 for allegedly misspelling plaintiff's name in prior actions filed by plaintiff. Plaintiff is informed that cases are not "combined" on demand. A request to relate or consolidate cases must be presented in a proper motion grounded on an applicable rule or statute. Plaintiff's demand for money from the Clerk for alleged misspelling lacks merit.

1

1 | In accordance with the above, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff's April 17, 2006 request to combine this case with another case is
3 | denied;

4 | 2. Plaintiff shall submit, within thirty days from the date of this order, the $250
5 | filing fee or an application to proceed in forma pauperis on the form provided with this order;
6 | plaintiff's failure to comply with this order in a timely manner, or to request an extension of time
7 | to do so, will result in a recommendation that this action be dismissed; and

8 | 3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
9 | In Forma Pauperis By a Prisoner for use in a civil rights case.

10 | DATED: April 25, 2006.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
yona0476.3a