IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Plaintiff,                      No. CIV S-06-0476 FCD DAD P

    vs.

S.V.S.P. EMPLOYEES, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this action.  On April 26, 2006, plaintiff was directed to pay the filing fee or file a properly completed application to proceed in forma pauperis.  On April 27, 2006, the Clerk of the Court sent plaintiff the correct application form and advised plaintiff that he should disregard the form sent with the April 26, 2006 order.  On May 3, 2006, plaintiff submitted an incomplete application on the form he was instructed to disregard.  The application will be denied, and plaintiff will be granted thirty days to submit a properly completed application on the form that was sent by the Clerk on April 27, 2006.  The application must be certified by a prison official and must include a certified trust account statement.  Plaintiff is cautioned that failure to submit a properly completed application on the correct form will result in a recommendation that this action be dismissed for failure to comply with court orders.  <u>See</u> Local Rule 11-110.

1

1  Plaintiff has filed a document captioned for filing in this case and case No. CIV S-06-0506 DFL CMK.  The document is titled "Statement of Claims for Whichever Claims Applicable to My Case No. 2:06-cv-476 or 2:06-cv-506."  This document will be disregarded.  All documents filed in this case must pertain to the claims alleged in the complaint filed in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the in forma pauperis form sent to him by the Clerk of the Court on April 27, 2006; the form must be certified by a prison official and must include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of plaintiff's complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. Plaintiff's May 22, 2006 statement of claims and request for transfer will be disregarded.

DATED: May 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
yoni0476.3e