IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Plaintiff,                    No. CIV S-06-0476 FCD DAD P

    vs.

S.V.S.P. EMPLOYEES, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

/

        Plaintiff, a state prisoner proceeding pro se, filed this action without paying the required filing fee or submitting an application to proceed in forma pauperis. On April 26, 2006, plaintiff was ordered to pay the filing fee or submit an in forma pauperis application. On May 3, 2006, plaintiff submitted an incomplete in forma pauperis application on a form he had been instructed not to use. On May 30, 2006, plaintiff was granted thirty days to submit a properly completed in forma pauperis application on the correct form. Plaintiff was cautioned that failure to submit a properly completed application on the correct form will result in a recommendation that this action be dismissed for failure to comply with court orders.

        On June 8, 2006, plaintiff submitted an incomplete application dated June 5, 2006. It does not appear that the application was submitted in response to the court's order served May 30, 2006. The thirty-day period granted by that order has expired, and plaintiff has

1

1  not complied with the court's orders. This action should be dismissed with prejudice for failure
2  to comply with court orders. See Local Rule 11-110.
3       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
4  with prejudice for failure to comply with court orders.
5       These findings and recommendations will be submitted to the United States
6  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within
7  twenty days after being served with these findings and recommendations, plaintiff may file
8  written objections with the court. A document containing objections should be titled "Objections
9  to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
10 objections within the specified time may, under certain circumstances, waive the right to appeal
11 the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
12 DATED: July 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
yona0476.fifp