IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Plaintiff,                    No. CIV S-06-0476 FCD DAD P

    vs.

S.V.S.P. EMPLOYEES, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 11, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported in part by the record and by the magistrate judge's analysis. The record reflects that plaintiff was warned that failure to comply with court orders, specifically the failure to submit a properly completed application to proceed in forma pauperis, would result in dismissal of this

1

1  action.  However, the record does not reflect that plaintiff was warned that failure to comply with
2  court orders would result in a dismissal of this action with prejudice.  As such, the court does not
3  adopt the magistrate judge's recommendation that the action be dismissed with prejudice.
4              Accordingly, IT IS HEREBY ORDERED that:
5       1.    The findings and recommendations filed July 11, 2006, are adopted in
6             part; and
7       2.    This action is dismissed without prejudice for failure to comply with court
8             orders.
9  DATED: August 15, 2006

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
                                              United States District Judge